

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2017

No. 04-16-00590-CV

**IN RE THE GOODYEAR TIRE & RUBBER CO.**

Original Mandamus Proceeding[1]

**ORDER**

On September 16, 2016, the relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court granted a stay and requested a response. The real parties in interest filed a response to which the relator replied. Having considered the petition, response, and reply, this court has determined the relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. The stay ordered by this court on September 16, 2016 is hereby LIFTED.

The Honorable Amado J. Abascal, III is ORDERED to vacate the December 2, 2016 order granting real party in interest's motion for enforcement and the August 31, 2016 order requiring Relator to comply with the December 2, 2105 order. The writ will issue only if we are notified that Judge Abascal has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on April 26, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13-06-12009-DCVAJA, styled *Elvia Munoz, et al., v. The Goodyear Tire & Rubber Co, et al.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.